IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| JAMES STUELKE, | ) |
| Plaintiff, | ) |
| v. | ) |
| INSULATING COATINGS CORPORATION | ) Case No. 4:17-cv-00801-FJG |
| and | ) |
| T.D. WILSON PAINTING, INC., | ) |
| Defendants. | ) |

## NOTICE OF FILING OF PLAINTIFF'S SUPPLEMENTAL EXPERT REPORT

COMES NOW Plaintiff, James Stuelke and hereby gives notice of the electronic filing of the supplemental report of his expert, Frank A. Comer, Professional Engineer, on August 13, 2018, attached hereto. This filing is intended to supplement Plaintiff's Expert Report, filed on June 19, 2018 (Doc. 31); and pursuant to F.R.C.P. 37(c)(1), it merely offers further explanations, clarification, citations and references, which are both substantially justified and harmless to Defendants' interests.

Respectfully submitted,

McDOWELL RICE SMITH & BUCHANAN, P.C.

/s/ *Corbyn W. Jones*
Corbyn W. Jones    MO Bar #57181
R. Pete Smith       MO Bar #35408
605 W. 47th Street, Suite 350
Kansas City, MO 64112
(816) 753-5400 Telephone
(816) 753-9996 Fax
cjones@mcdowellrice.com
petesmith@mcdowellrice.com

*ATTORNEYS FOR PLAINTIFF*

## CERTIFICATE OF SERVICE

      I hereby certify that the above and foregoing was served on this the 13th day of August, 2018, upon all persons requesting electronic notification, by filing it with the Court using the CM/ECF system.

      /s/ *Corbyn W. Jones*
      *Attorney for Plaintiff*