IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| JAMES STUELKE,<br><br>Plaintiff,<br><br>v.<br><br>INSULATING COATINGS CORPORATION, et al.,<br><br>Defendants. | Case No. **4:17-cv-00801-FJG** |

## JOINT STATUS REPORT

PLAINTIFF, James Stuelke, and DEFENDANTS, Insulating Coatings Corporation and T.D. Wilson Painting, Inc., provide the following joint status report, as required by the Court's order dated September 3, 2020 (Doc. 106).

The parties agree there is <u>not</u> an extraordinary need to hold a civil jury trial at the earliest possible setting; however, they are unable to agree as to whether to consent to a bench trial. Accordingly, the parties advise the Court they prefer to wait to hold a civil jury trial until community spread of COVID-19 is abated and the Western District of Missouri has returned to normal operating procedures.

This matter was unsuccessfully mediated on January 24, 2018; however, the parties are engaged in settlement discussions. They do not believe referral to a mediator will assist in the resolution of this matter.

Respectfully submitted,

**MCDOWELL, RICE, SMITH & BUCHANAN, P.C.**

/s/ Michael J. Gorman

Michael J. Gorman      Mo. Bar. No. 33967
mgorman@mcdowellrice.com
605 W. 47th Street, Suite 350
Kansas City, Missouri 64112
Telephone: (816)-753-5400
Facsimile: (816) 753-9996

ATTORNEYS FOR PLAINTIFF

**BATY OTTO CORONADO PC**

/s/ Mark D. Katz

Mark D. Katz      Mo. Bar No. 35776
mkatz@batyotto.com
4600 Madison Avenue, Suite 210
Kansas City, Missouri 64112
Telephone: (816) 531-7200
Facsimile: (816) 531-7201

ATTORNEYS FOR DEFENDANT INSULATING COATINGS CORPORATION

**LAW OFFICES OF STEPHANIE WARMUND**

/s/ Stephanie Warmund

Stephanie Warmund      Mo. Bar No. 32817
jstephanie.warmund@libertymutual.com
9001 State Line Road, Suite 130
Kansas City, MO 64114
Telephone: (816) 410-6600
Facsimile: (816) 337-3892

ATTORNEY FOR DEFENDANT T.D. WILSON PAINTING, INC.